# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-00159-RLV-DSC

| | |
|---|---|
| **BRENDA SHELTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **JOHNSON & JOHNSON, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Ha Vice [for Patrick Dean McMurtray, Thomas Roe Frazer, III, and Thomas Roe Frazer, II]" (documents ## 2-4) filed September 1, 2016. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: September 1, 2016

David S. Cayer
United States Magistrate Judge