# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-00159-RLV-DSC

| | |
|---|---|
| **BRENDA SHELTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **JOHNSON & JOHNSON, et. al.,** | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Unopposed Motion to Stay All Proceedings [Pending MDL Decision]" (document # 14) filed October 4, 2016. For the reasons set forth therein, the Motion will be <u>granted</u>. This matter is **STAYED** pending a ruling on Plaintiffs' Motion with the Judicial Panel on Multidistrict Litigation.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: October 6, 2016

David S. Cayer
United States Magistrate Judge